IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>THOMAS PENNIE,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED: JUNE 23, 2008<br>08CV 3592<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE COLE<br>EDA |

## Notice of Filing

To:   Mr. John F. Boyle
Law Offices of Lauren K. Meachum
Attorney for Liberty Mutual Insurance Company
10 S. LaSalle Street, Suite 2800
Chicago, Illinois 60603

Please take notice that on Monday, June 23, 2008 I did file with the Clerk of the Court of the United States District Court for the Northern District of Illinois the following:

**PENNIE'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

a copy of which is hereby served upon you.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

The Law Offices of Ralph J. Schindler
Attorney No. 2484471
53 W. Jackson Blvd., Suite 818
Chicago, Illinois 60604
(312) 554 - 1040

Ralph J. Schindler, Jr.
One of the Attorneys for
Thomas Pennie