FILED: JUNE 23, 2008
08CV3592
JUDGE KOCORAS
MAGISTRATE JUDGE COLE
EDA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| THOMAS PENNIE, | ) |
|     Defendant. | ) |

### Certificate of Service

I, Joshua M. Smith, an attorney, do certify that I served a copy of:

**PENNIE'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

upon:   Mr. John F. Boyle
Law Offices of Lauren K. Meachum
Attorney for Liberty Mutual Insurance Company
10 S. LaSalle Street, Suite 2800
Chicago, Illinois 60603

by depositing a copy of such filing addressed to him at the above address with postage prepaid in the United States mail receptacle located at 53 W. Jackson Boulevard this 23rd day of June 2008.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

Ralph J. Schindler, Jr.
One of the Attorneys for
Thomas Pennie

The Law Offices of Ralph J. Schindler
Attorney No. 2484471
53 W. Jackson Blvd., Suite 818
Chicago, Illinois 60604
(312) 554 - 1040