# United States District Court
# Northern District of Illinois

*Judge BR Pallmeyer*

In the Matter of

Liberty Mutual Insurance Co.

v.

Thomas Pennie

Case No. 08 C 3592

Designated Magistrate Judge
Jeffrey Cole

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles P. Kocoras** to be related to 07 C 1596 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Rebecca R. Pallmeyer

Dated: June 30, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Rebecca R. Pallmeyer**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: JUL - 1 2008

*FILED 2008 JUL -7 PM 12:32 U.S. DISTRICT COURT*