# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3592 | **DATE** | 5/10/2010 |
| **CASE TITLE** | Liberty Mutual Insurance Company vs. Thomas Pennie | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/10/2010. UPS's and Liberty Mutual's claims are dismissed without prejudice. Civil case terminated.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|